IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DONALD HARRIS, JR.,

        Appellant,

  v.

Case No.  5D21-2836
LT Case No. 2021-CF-002564-A-O

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed June 7, 2022

Appeal from the Circuit Court
for Orange County,
Wayne C. Wooten, Judge.

Matthew J. Metz, Public Defender,
and Scott G. Hubbard, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.  *See Guion v. State*, 753 So. 2d 628, 630 (Fla. 5th DCA

2000).

LAMBERT, C.J., WALLIS and WOZNIAK, JJ., concur.